FILE COPY

RE: Case No. 25-1071                    DATE: 12/1/2025
COA #: 15-24-00040-CV                   TC#: 2519-335
STYLE: YELP, INC. v. STATE

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. CATHERINE  ROBB
HAYNES & BOONE, LLP
98 SAN JACINTO BLVD STE 1500
AUSTIN, TX  78701-4297
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                    DATE: 12/1/2025
COA #: 15-24-00040-CV                   TC#: 2519-335
STYLE: YELP, INC. v. STATE

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. ABIGAIL  SMITH
OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548 (MC 059)
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                          DATE: 12/1/2025
COA #: 15-24-00040-CV                          TC#: 2519-335
STYLE: YELP, INC. v. STATE

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.


               MR. WILLIAM R. PILLIFANT
               HAYNES & BOONE, LLP
               98 SAN JACINTO BLVD STE 1500
               AUSTIN, TX   78701
               * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                          DATE: 12/1/2025
COA #: 15-24-00040-CV                        TC#: 2519-335
STYLE: YELP, INC. v. STATE

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                      DISTRICT CLERK  BASTROP COUNTY
                      BASTROP COUNTY COURT
                      P.O. BOX 770
                      BASTROP, TX  78602
                      * DELIVERED VIA E-MAIL *

RE: Case No. 25-1071                          DATE: 12/1/2025
    COA #: 15-24-00040-CV                     TC#: 2519-335
STYLE: YELP, INC. v. STATE

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                CHRISTOPHER  PRINE
                FIFTEENTH COURT OF APPEALS
                P.O, BOX 12852
                AUSTIN, TX  78711
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                          DATE: 12/1/2025
COA #: 15-24-00040-CV                          TC#: 2519-335
STYLE: YELP, INC. v. STATE

    Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.

                  MR. SCOTT  FROMAN
                  OFFICE OF THE ATTORNEY GENERAL
                  PO BOX 12548
                  AUSTIN, TX  78711
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                    DATE: 12/1/2025
COA #: 15-24-00040-CV                   TC#: 2519-335
STYLE: YELP, INC. v. STATE

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. MICHAEL  LAMBERT
HAYNES AND BOONE, LLP
98 SAN JACINTO BLVD STE 1500
AUSTIN, TX  78701-4297
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                    DATE: 12/1/2025
COA #: 15-24-00040-CV                   TC#: 2519-335
STYLE: YELP, INC. v. STATE

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. ROBERT "ROB" FARQUHARSON
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                    DATE: 12/1/2025
COA #: 15-24-00040-CV                   TC#: 2519-335
STYLE: YELP, INC. v. STATE

Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.

MS. LAURA LEE PRATHER
HAYNES & BOONE, L.L.P.
98 SAN JACINTO BLVD STE 1500
AUSTIN, TX   78701
* DELIVERED VIA E-MAIL *